United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| XIANJIAN CAO,<br>　　　Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04213 |
| | § | |
| JOSEPH EDLOW, *et al.*,<br>　　　Defendants. | §<br>§<br>§ | |

## ORDER OF DISMISSAL

On August 5, 2026, Plaintiff XUANJIAN CAO, AND Defendants, JOSEPH EDLOW, DIRECTOR OF U.S. CITIZRNSHIP AND IMMIGRATION SERVICES et. al., filed a Joint Stipulation of Dismissal Without Prejudice (Dkt. 9) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on August 6, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1